S.M.thru M.C.&D.C. v. Chichester School District